

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00366-CV

**JOHN SAENZ & ASSOCIATES, P.C.**,
Appellant

v.

**RGV PREMIER SCAN LLC**, Esmeralda Ramirez and Eder Leal,
Appellees

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT000466 D4
Honorable Melissa Joy Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, appellees' motion to dismiss is GRANTED, and this appeal is DISMISSED AS MOOT. We ORDER that costs of appeal are taxed against Appellees RGV Premier Scan LLC, Esmeralda Ramirez, and Eder Leal.

The request for attorney's fees made in Appellees' Reply to Appellant's Response to Motion to Dismiss Appeal is DENIED.

SIGNED October 10, 2018.

Karen Angelini, Justice